# EXHIBIT A

Confidential

# Expert Report of Edward Yourdon

in the matter of Irwin Seating Company, Plaintiff

-v-

International Business Machines Corporation,

J.D. Edwards World Solutions Company,

Viewlocity Inc., f/k/a SynQuest, Inc., Defendants

Case No. 1:04CV0568

**May 17, 2006**

**Confidential**

## APPENDIX A: Documents Relied On

1.  Expert Report of Jeffrey L. Hagins, dated April 17, 2006.

2.  Expert Report of Marianne L. DeMario, dated April 17, 2006.

3.  Deposition of James Boes, Volumes I-II, March 15-16, 2006.

4.  Deposition of James Boes, 30(b)(6), March 16, 2006.

5.  Deposition of Joe Hebner, April 12, 2006.

6.  Deposition of Bernie Stephen, February 13, 2006.

7.  Deposition of John Fynewever, February 8, 2006.

8.  Deposition of Robert Weakley, Volume I, February 10, 2006.

9.  Deposition of Robert Weakley, Volume II, March 30, 2006.

10. 30(b)(6) Deposition of Robert Weakley, March 31, 2006.

11. Deposition of Nancy Edgerle, February 22, 2006.

12. Deposition of Linda O'Donnell, March 20, 2006.

13. 30(b)(6) Deposition of Dale Tanis, April 7, 2006.

14. 30(b)(6) Deposition of Bernie Stephen, February 14, 2006.

15. Deposition of Sharon Shorey, April 25, 2006.

16. Deposition of John Burgan, April 7, 2006.

17. 30(b)(6) Deposition of Bernie Stephen, April 6, 2006.

18. Plaintiff Irwin Seating Company's Mediation Brief, January 11, 2005.

19. Irwin Seating Company's Complaint and Jury Demand, August 24, 2004.

20. J.D. Edwards World Solutions Company's Answer and Affirmative Defenses to Complaint, July 25, 2005.

21. IBM's proposal to assist with the implementation of the J.D. Edwards OneWorld application suite, dated June 1, 1999.

22. Software License, Services and Maintenance Agreement executed by Irwin Seating Company and J.D. Edwards on June 30, 1999.