# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IRWIN SEATING COMPANY, | ) | Case No. 1:04CV0568 |
| Plaintiff, | ) | |
| vs. | ) | Hon. Wendell A. Miles |
| INTERNATIONAL BUSINESS MACHINES CORPORATION; J.D. EDWARDS WORLD SOLUTIONS COMPANY; VIEWLOCITY INC., f/k/a SYNQUEST INC., | ) | Magistrate Judge Hugh W. Brenneman, Jr. |
| Defendants. | ) | |

## DECLARATION OF STEPHEN J. ROSENFELD

I, Stephen J. Rosenfeld, upon penalty of perjury do hereby declare that, if called as a witness, I would testify to the following facts, all of which are within my personal knowledge:

1. I am a partner at the law firm of Mandell Menkes LLC and am lead trial counsel for J.D. Edwards World Solutions Company in the above-captioned litigation.

2. J.D. Edwards World Solutions Company never moved to file its own motion to strike Irwin Seating Company's experts nor was any such purported motion rejected by the clerk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2006

Stephen J. Rosenfeld