# EXHIBIT 1
# TO REPLY MEMORANDUM

**Revised List of Documents Reviewed by Marianne DeMario**  **Exhibit B**

- Irwin Complaint and Jury Demand in Irwin v. IBM et al., 1:04-cv-568, 8/24/04, exhibits thereto
- Stipulated Protective Order, entered 9/26/05
- Plaintiff Irwin Seating Company's Mediation Brief, 1/11/06
- IBM Letter of Settlement Position, 1/11/06
- Opinion and Order, in Irwin v. IBM et al., 1:04-cv-568, 6/22/05 [not bates numbered]; Exh. C to IBM Mediation Brief; Exh. F to JDE Mediation Brief
- Page 11 to IBM Statement of Work dated 6/25/03 [not bates numbered]; Exh. G to IBM Mediation Brief
- J.D. Edwards World Solutions Company's Confidential Mediation Statement, 1/12/06
- IBM Customer Agreement [undated, unexecuted][not bates numbered]; Exh. G to JDE Mediation Brief
- JD Edwards Software License, Services and Maintenance Agreement [not bates numbered]; Exh. A to JDE Mediation Brief

- Bernie Stephen Continuation of deposition, 4-6-06
- Bernie Stephen Deposition Exh. 82

| | | | |
|---|---|---|---|
| 8610000123 | 8610005233 | IRW079310 | IRW211106 |
| 8610000132-41 | 8610005826-38 | IRW079453 | IRW211197-200 |
| 8610000214-20 | 8610006185-92 | IRW079456 | IRW211572-74 |
| 8610000221-31 | 8610006197-98 | IRW080848 | IRW211583-86 |
| 8610000311-22 | 8610006214-16 | IRW080895 | IRW211590 |
| 8610000338-41 | 8610006283-86 | IRW081452 | IRW211592 |
| 8610000824-26 | 8610007102-19 | IRW082665-68 | IRW211603 |
| 8610000882-84 | 8610007390-94 | IRW082686 | IRW211610 |
| 8610001142-52 | 8610008877-82 | IRW082758-9 | IRW211617 |
| 8610001347-48 | 8610008929-31 | IRW082775-77 | IRW211632-53 |
| 8610001392 | 8610009101-03 | IRW086360-01 | IRW211637-44 |
| 8610001397 | IRW005344-45 | IRW087507 | IRW211655-57 |
| 8610001407-08 | IRW005356 | IRW087723 | IRW211673-96 |
| 8610001410-11 | IRW008891-92 | IRW087893 | IRW211699-811 |
| 8610001412-13 | IRW010770-71 | IRW087926 | IRW211827-28 |
| 8610001427-28 | IRW011016 | IRW088000 | IRW211832 |
| 8610001439-42 | IRW011039-40 | IRW088757 | IRW211836 |
| 8610001477-79 | IRW011240-42 | IRW088794 | IRW211845 |
| 8610001492-93 | IRW012420-21 | IRW088829 | IRW211865-67 |
| 8610001551-52 | IRW013780-81 | IRW088832 | IRW211873-75 |
| 8610001553-61 | IRW015113 | IRW088834 | IRW211902-04 |
| 8610001567 | IRW015117-18 | IRW088836 | IRW211912 |
| 8610001600-01 | IRW015122 | IRW090446 | IRW211921 |
| 8610001742-43 | IRW015134 | IRW091402 | IRW211929-30 |
| 8610001766 | IRW016346-91 | IRW099848 | IRW211936-37 |
| 8610002715-17 | IRW016393-458 | IRW099882 | IRW211966-68 |
| 8610003372 | IRW016533-556 | IRW099904 | IRW212030-31 |
| 8610003411 | IRW016673-700 | IRW100549-54 | IRW212041 |
| 8610004434-44 | IRW016778-903 | IRW108263-66 | IRW212097 |
| 8610004602-04 | IRW025737-40 | IRW13668-69 | IRW212154-263 |
| 8610004615-16 | IRW077589-90 | IRW171121 | IRW212273-312 |
| 8610004618-20 | IRW077940-43 | IRW172161-73 | IRW212818-19 |
| 8610004645-46 | IRW077977 | IRW172178-89 | IRW212820 |
| 8610005078-93 | IRW078005-19 | IRW172191-203 | IRW212944-45 |
| 8610005117-78 | IRW079301 | IRW211078 | IRW212948-55 |

| | | | |
|---|---|---|---|
| IRW213407-12 | IRW215995 | IRW239439-42 | IRW284869 |
| IRW213426 | IRW216002 | IRW239445-240827 | IRW287726 |
| IRW214130 | IRW220550 | IRW240899 | IRW287739 |
| IRW214146 | IRW223710 | IRW240931 | IRW287752 |
| IRW214150 | IRW223848-50 | IRW240937-39 | IRW287765 |
| IRW214156 | IRW224347 | IRW240941 | IRW287798 |
| IRW214160 | IRW227578 | IRW240949-53 | IRW287811 |
| IRW214165 | IRW228833 | IRW240956-58 | IRW287815 |
| IRW214173 | IRW229159 | IRW240971-72 | IRW287828 |
| IRW214177 | IRW229831 | IRW240978-81 | IRW287841 |
| IRW214191 | IRW231333-35 | IRW240987 | IRW287854 |
| IRW214197 | IRW231349 | IRW241011 | IRW287867 |
| IRW214208 | IRW232559-713 | IRW241031-34 | IRW287895 |
| IRW214210 | IRW233226-29 | IRW241037-51 | IRW287907A-C |
| IRW214218 | IRW233318-36 | IRW241061 | IRW287908 |
| IRW214243 | IRW233357 | IRW241063-64 | IRW288136-42 |
| IRW214248-49 | IRW233477 | IRW241067-68 | IRW288195 |
| IRW214258 | IRW233478 | IRW241070-71 | IRW288255 |
| IRW214260 | IRW238975-77 | IRW241075 | IRW291610-11 |
| IRW214269 | IRW238992-95 | IRW241077-78 | IRW293774-6605 |
| IRW214273 | IRW239007 | IRW241080 | JDIRW013405-06 |
| IRW214275 | IRW239039-60 | IRW241082-83 | JDIRW013408-09 |
| IRW214279 | IRW239062-84 | IRW241085-86 | JDIRW014184-85 |
| IRW214283 | IRW239088-98 | IRW241101 | JDIRW016880 |
| IRW214291 | IRW239101-03 | IRW241103-47 | JDIRW016890-902 |
| IRW214370 | IRW239105-10 | IRW241149-200 | JDIRW016950-51 |
| IRW214380 | IRW239115-16 | IRW241201 | JDIRW016954 |
| IRW214520 | IRW239119-24 | IRW241202-35 | JDIRW017015-17 |
| IRW214526 | IRW239126-34 | IRW241246 | JDIRW017130 |
| IRW214552 | IRW239136-40 | IRW241299-301 | JDIRW017143 |
| IRW214564 | IRW239143-53 | IRW241319-361 | JDIRW017169-76 |
| IRW214575 | IRW239158-62 | IRW241409-715 | JDIRW017197-99 |
| IRW214582 | IRW239166 | IRW241352A | JDIRW017809-11 |
| IRW214593 | IRW239168-75 | IRW241604A-B | JDIRW017919-36 |
| IRW214637 | IRW239177 | IRW241643A-B | JDIRW017944-47 |
| IRW214695 | IRW239179 | IRW241647A-D | JDIRW019219-20 |
| IRW214700 | IRW239182-201 | IRW254109 | JDIRW019275-80 |
| IRW214708 | IRW239204-10 | IRW256423-28 | JDIRW019304 |
| IRW214759-64 | IRW239212-13 | IRW256485-86 | JDIRW019308-09 |
| IRW214769-70 | IRW239227-28 | IRW257143-73 | JDIRW019315-18 |
| IRW214776 | IRW239239 | IRW258883 | JDIRW019320-21 |
| IRW214784-85 | IRW239245 | IRW261486 | JDIRW019323 |
| IRW214812-13 | IRW239251-52 | IRW263935 | JDIRW019330-31 |
| IRW214816 | IRW239257 | IRW266400 | JDIRW019341 |
| IRW215006 | IRW239269-70 | IRW269196 | JDIRW139104-26 |
| IRW215209-12 | IRW239272-73 | IRW269330-41 | JDIRW139161-65 |
| IRW215297-98 | IRW239275-78 | IRW271701 | JDIRW139171-75 |
| IRW215586-87 | IRW239281 | IRW271830-40 | JDIRW139190-91 |
| IRW215823 | IRW239285 | IRW274168 | JDIRW139238-41 |
| IRW215825 | IRW239287-300 | IRW274293-97 | JDIRW139333-35 |
| IRW215830 | IRW239302-10 | IRW276646 | JDIRW139346-56 |
| IRW215859 | IRW239312-39 | IRW276786-90 | JDIRW139365-75 |
| IRW215861 | IRW239342-43 | IRW279372 | JDIRW139375 |
| IRW215887 | IRW239345-430 | IRW279502-06 | JDIRW166980-7045 |
| IRW215890 | IRW239431-33 | IRW282077 | JDIRW171209-10 |
| IRW215899-902 | IRW239434 | | JDIRW171767 |

VL000183-226   VL001745-46   VL001767-68   VL001804-22
VL001713-14   VL001761-62   VL001797-801   VL001878

## Documents Reviewed and Relied on By Jeff Hagins
### Revised May 3, 2006

- Complaint, *Irwin Seating Company v. IBM Corp., J.D. Edwards World Solutions Company, Viewlocity, Inc., f/k/a SynQuest, Inc.*, No. 1:04cv0568 (W.D. Mich), and exhibits thereto
- Plaintiff Irwin Seating Company's Supplemental Responses to Defendant IBM's First Set of Interrogatories
- Plaintiff Irwin Seating Company's Mediation Brief, 1/11/06
- IBM Letter Statement of Position, 1/11/06
- Opinion and Order, in Irwin v. IBM, et al., 1:04-cv-568, 6/22/05 [not bates numbered]; Exh. C to IBM Mediation Brief; Exh. F to JDE Mediation Brief
- Page 11 to IBM Statement of Work dated 6/25/03 [not bates numbered]; Exh G to IBM Mediation Brief
- J.D. Edwards World Solutions Company's Confidential Mediation Statement, 1/12/06
- IBM Customer Agreement [undated, unexecuted][not bates numbered]; Exh. G to JDE Mediation Brief
- JD Edwards Software License, Services and Maintenance Agreement [not bates numbered]; Exh. A to JDE Mediation Brief

- Deposition of Bernard Stephen, 2/13-14/06 and Exhibits thereto
- Deposition of Marc Costa dated 2/21/06 and Exhibits thereto
- Deposition of Nancy Edgerle dated 2/22/06 and Exhibits thereto
- Deposition of Jack Stewart dated 3/6/06 and Exhibits thereto
- Deposition of Jim Boes dated 3/15-16/06
- Deposition of Linda O'Donnell dated 3/20/06 and Exhibits thereto

| | | |
|---|---|---|
| IBM 0122-131 | IBM 0506 | IBM 1384-85 |
| IBM 0126-31 | IBM 0507-08 | IBM 1388-89 |
| IBM 0132-41 | IBM 0532-38 | IBM 1392 |
| IBM 0191-98 | IBM 0604-59 | IBM 1396 |
| IBM 0213 | IBM 0824-26 | IBM 1397 |
| IBM 0214-20 | IBM 0882-84 | IBM 1407-08 |
| IBM 0221-31 | IBM 0959-73 | IBM 1409 |
| IBM 0232-38 | IBM 0981-82 | IBM 1410-11 |
| IBM 0285-89 | IBM 0983 | IBM 1412-13 |
| IBM 0298-99 | IBM 1109-12 | IBM 1414-19 |
| IBM 0300 | IBM 1131-34 | IBM 1420 |
| IBM 0303-22 | IBM 1137-39 | IBM 1421-22 |
| IBM 0323-28 | IBM 1142-51 | IBM 1423-25 |
| IBM 0338-41 | IBM 1152-65 | IBM 1426 |
| IBM 0436-38 | IBM 1347-48 | IBM 1427-28 |
| IBM 0504-05 | IBM 1352-53 | IBM 1429 |

| | | |
|---|---|---|
| IBM 1430-36 | IBM 2125-28 | IBM 5080-81 |
| IBM 1439-42 | IBM 2225-26 | IBM 5082-93 |
| IBM 1443-44 | IBM 2227-28 | IBM 5117-55 |
| IBM 1452-59 | IBM 2341-52 | IBM 5156-78 |
| IBM 1461-63 | IBM 2373 | IBM 5233 |
| IBM 1464-76 | IBM 2374-78 | IBM 5826-38 |
| IBM 1477-79 | IBM 2383-85 | IBM 5978-79 |
| IBM 1480-83 | IBM 2386 | IBM 6159-81 |
| IBM 1484-86 | IBM 2454-58 | IBM 6185-92 |
| IBM 1492 | IBM 2474-96 | IBM 6197-98 |
| IBM 1493 | IBM 2521-22 | IBM 6202-05 |
| IBM 1498-99 | IBM 2531-33 | IBM 6211-13 |
| IBM 1500 | IBM 2534-35 | IBM 6214-16 |
| IBM 1518 | IBM 2710-14 | IBM 6283-86 |
| IBM 1532 | IBM 2715-17 | IBM 6321-22 |
| IBM 1541-42 | IBM 3054-64 | IBM 6436-38 |
| IBM 1545-47 | IBM 3065-124 | IBM 6614-16 |
| IBM 1549-50 | IBM 3125-26 | IBM 6807 |
| IBM 1551-52 | IBM 3127-30 | IBM 6921-23 |
| IBM 1553-61 | IBM 3190-261 | IBM 6975-85 |
| IBM 1562 | IBM 3262-292 | IBM 7038-40 |
| IBM 1567 | IBM 3293-94 | IBM 7089-92 |
| IBM 1568-70 | IBM 3295-301 | IBM 7102-19 |
| IBM 1600-01 | IBM 3302-37 | IBM 7168 |
| IBM 1639-58 | IBM 3372 | IBM 7390-94 |
| IBM 1719 | IBM 3379 | IBM 8877-82 |
| IBM 1733-40 | IBM 3380-81 | IBM 8929-31 |
| IBM 1742-43 | IBM 3395-97 | IBM 9101-03 |
| IBM 1754 | IBM 3411 | IBM 14573-75 |
| IBM 1761-65 | IBM 3412-13 | IBM 14579-80 |
| IBM 1766 | IBM 4430-33 | IBM 17809-11 |
| IBM 1960-66 | IBM 4434-39 | |
| IBM 1969-73 | IBM 4440-44 | IRW 003393-479 |
| IBM 1974-81 | IBM 4521-22 | IRW 005330-33 |
| IBM 1982-83 | IBM 4533-37 | IRW 005334-35 |
| IBM 1990-96 | IBM 4569-71 | IRW 005336-37 |
| IBM 2003 | IBM 4602-03 | IRW 005356 |
| IBM 2004 | IBM 4615-16 | IRW 008891-92 |
| IBM 2057-58 | IBM 4618-20 | IRW 009009-20 |
| IBM 2059-61 | IBM 4645-46 | IRW 009449-510 |
| IBM 2062-68 | IBM 4755-57 | IRW 011240-42 |
| IBM 2070-75 | IBM 4972-93 | IRW 011422-23 |
| IBM 2086-90 | IBM 5078-79 | IRW 012420-21 |

IRW 013714
IRW 013758-59
IRW 013760-62
IRW 013768-69
IRW 013773
IRW 013775
IRW 013778-79
IRW 013780-81
IRW 013782-83
IRW 013788-89
IRW 013791-92
IRW 013793
IRW 013794
IRW 013795
IRW 013796-97
IRW 013798-800
IRW 013801-14286
IRW 014287-750
IRW 015187-89
IRW 015190-255
IRW 015266-99
IRW 015300-37
IRW 015300-37
IRW 015338-45
IRW 015346-895
IRW 025803-64
IRW 025869-71
IRW 074299-305
IRW 074501-806
IRW 077589-90
IRW 077612
IRW 077613-14
IRW 077940-43
IRW 077977
IRW 078005-19
IRW 078048 -49
IRW 078130-212
IRW 078416
IRW 078540-57
IRW 079263
IRW 079301
IRW 079310
IRW 079453

IRW 079456
IRW 079458-59
IRW 079776
IRW 080848
IRW 080903-04
IRW 081716
IRW 081721
IRW 082565
IRW 082686
IRW 083959-62
IRW 084324
IRW 084431
IRW 084463
IRW 084464
IRW 084475
IRW 084759-60
IRW 084955
IRW 084958
IRW 084965
IRW 085734-35
IRW 087579-79
IRW 087609
IRW 087691
IRW 087936-37
IRW 088059
IRW 088144
IRW 088146-51
IRW 088224
IRW 088259-61
IRW 088794
IRW 090050
IRW 090181
IRW 090274
IRW 091395
IRW 092031-33
IRW 092207-08
IRW 092629
IRW 093284-85
IRW 093325
IRW 093326-27
IRW 093364-65
IRW 094137
IRW 094139

IRW 094501
IRW 094545
IRW 095088 -89
IRW 095975
IRW 095980
IRW 096746-47
IRW 099854
IRW 099857-58
IRW 099872-73
IRW 099921
IRW 100549-53
IRW 100554
IRW 101193-95
IRW 101343
IRW 102318-19
IRW 102322
IRW 102368
IRW 102392
IRW 102393-95
IRW 102480-81
IRW 102501
IRW 102507
IRW 102511
IRW 103215
IRW 103507
IRW 103569-71
IRW 103868
IRW 103869
IRW 104663
IRW 105867-81
IRW 107213-20
IRW 107917-19
IRW 107982-84
IRW 108263-66
IRW 108466-67
IRW 108496-558
IRW 108631-67
IRW 109231
IRW 113272-85
IRW 122694
IRW 122770
IRW 122942
IRW 123012

IRW 123013
IRW 123024
IRW 123078
IRW 123083
IRW 123095
IRW 123106
IRW 123135-38
IRW 123185
IRW 123289-96
IRW 124093-94
IRW 124121-25
IRW 124239
IRW 124256
IRW 124607-89
IRW 124751-52
IRW 124757-59
IRW 124841-42
IRW 124860
IRW 124862
IRW 124996 -97
IRW 125001
IRW 125045
IRW 125069
IRW 125081
IRW 125500
IRW 125507
IRW 125521-24
IRW 125626
IRW 125634-36
IRW 125664-65
IRW 125755
IRW 125791
IRW 125805
IRW 125971-74
IRW 125989-90
IRW 126103-04
IRW 126257
IRW 126265-68
IRW 126285
IRW 126287
IRW 126339
IRW 126363-64
IRW 126655-56

IRW 126660
IRW 126668-69
IRW 126670
IRW 126677
IRW 126678-79
IRW 126698
IRW 126702
IRW 126744-47
IRW 126765
IRW 126797-811
IRW 131100-01
IRW 132873-81
IRW 132925
IRW 137699-102
IRW 142459
IRW 142461
IRW 142531
IRW 142585
IRW 142620-21
IRW 145730-33
IRW 147706
IRW 147790
IRW 147802
IRW 147807
IRW 147810
IRW 147811
IRW 148222
IRW 148726
IRW 149050
IRW 149505
IRW 149663
IRW 149790
IRW 149791
IRW 151658
IRW 151662-63
IRW 152025-26
IRW 152074
IRW 152075
IRW 152085-88
IRW 152099
IRW 152116
IRW 152117-19
IRW 154587

IRW 155384
IRW 158005
IRW 167415-21
IRW 168067-68
IRW 168447-48
IRW 169365
IRW 169439
IRW 170580-81
IRW 170774
IRW 171121
IRW 172161-73
IRW 172178-89
IRW 172191-203
IRW 172449-50
IRW 172479-81
IRW 173407-564
IRW 208843-90
IRW 208960-64
IRW 208999-9036
IRW 210720-59
IRW 210768
IRW 210786
IRW 210787-93
IRW 210794-96
IRW 210820
IRW 210859
IRW 210860
IRW 210861
IRW 210866-994
IRW 210999
IRW 211000
IRW 211001
IRW 211002-13
IRW 211024
IRW 211025
IRW 211033
IRW 211034
IRW 211036-45
IRW 211046-68
IRW 211078
IRW 211091-97
IRW 211102
IRW 211103

IRW 211106
IRW 211107-24
IRW 211125-30
IRW 211131
IRW 211132
IRW 211135-53
IRW 211175-83
IRW 211202
IRW 211371-77
IRW 211378
IRW 211384-86
IRW 211472-78
IRW 211583
IRW 211598-601
IRW 211655
IRW 211656-57
IRW 211811
IRW 211827-28
IRW 211846-49
IRW 211865-67
IRW 211898
IRW 211902-04
IRW 211908
IRW 211966-68
IRW 212000-04
IRW 212027-28
IRW 212041
IRW 212085
IRW 212089-90
IRW 212096
IRW 212097
IRW 212264-72
IRW 212273-312
IRW 212796
IRW 212808-09
IRW 212948-55
IRW 212985-3012
IRW 213069-70
IRW 213082-92
IRW 213181-200
IRW 213281-82
IRW 213407-11
IRW 212412

IRW 213426
IRW 213462-65
IRW 213473
IRW 213739-40
IRW 213838-40
IRW 213841-45
IRW 214877-78
IRW 215141
IRW 215196-97
IRW 215209
IRW 215210-12
IRW 215241
IRW 215437
IRW 215486-87
IRW 215501-02
IRW 215512
IRW 215591
IRW 215803-05
IRW 215818-19
IRW 215824-25
IRW 215835
IRW 215845
IRW 215847
IRW 215911-12
IRW 215916-17
IRW 215921-22
IRW 215973-74
IRW 216020
IRW 216089
IRW 216090-94
IRW 216095-96
IRW 216097
IRW 216098-104
IRW 217012
IRW 217016-26
IRW 217044-46
IRW 220550
IRW 221160-202
IRW 222049-50
IRW 222083-86
IRW 222857-58
IRW 223259
IRW 223848-49

IRW 223850
IRW 223874-87
IRW 224174-199
IRW 224237-70
IRW 224347
IRW 224893-909
IRW 224591
IRW 225537-47
IRW 226395
IRW 226663-66
IRW 226667
IRW 226671-91
IRW 226692-709
IRW 226871
IRW 226876-79
IRW 226888-89
IRW 228257-58
IRW 228974-76
IRW 229159
IRW 232189-92
IRW 232193-231
IRW 232360-88
IRW 232466-82
IRW 232483-88
IRW 232489-93
IRW 232495-510
IRW 232511-22
IRW 232523-37
IRW 232539-46
IRW 232547-58
IRW 232559-713
IRW 233091-93
IRW 233096-101
IRW 233226-29
IRW 233305
IRW 233306-09
IRW 233310-12
IRW 233313-16
IRW 233318-36
IRW 233357
IRW 233362
IRW 233337-38
IRW 223823

| | | |
|---|---|---|
| IRW 235682-83 | JDIRW 014324 | JDIRW 017177-78 |
| IRW 235687 | JDIRW 014339-40 | JDIRW 017193-96 |
| IRW 236566 | JDIRW 015734 | JDIRW 017197-201 |
| IRW 236677-78 | JDIRW 015751-54 | JDIRW 017238-47 |
| IRW 236836 | JDIRW 015794-95 | JDIRW 017291-92 |
| IRW 236837 | JDIRW 015796-97 | JDIRW 017460 |
| IRW 238039-41 | JDIRW 015808-09 | JDIRW 017467-68 |
| IRW 238975-77 | JDIRW 015964 | JDIRW 017469-72 |
| IRW 239007 | JDIRW 015968 | JDIRW 017540-42 |
| IRW 243447 | JDIRW 016016-18 | JDIRW 017734-38 |
| IRW 247135-8916 | JDIRW 016024 | JDIRW 017799 |
| IRW 248917-250551 | JDIRW 016061 | JDIRW 017800-103 |
| IRW 250552-1258 | JDIRW 016073 | JDIRW 017806 |
| IRW 251259-1965 | JDIRW 016087 | JDIRW 017807 |
| IRW 251966-2117 | JDIRW 016160-61 | JDIRW 017809-11 |
| IRW 254086-97 | JDIRW 016169-71 | JDIRW 017851 |
| IRW 254109 | JDIRW 016880-81 | JDIRW 017852 |
| IRW 254111-13 | JDIRW 016890-94 | JDIRW 017853 |
| IRW 256358-88 | JDIRW 016895-902 | JDIRW 017854 |
| IRW 256423-28 | JDIRW 016903 | JDIRW 017855 |
| IRW 287922-36 | JDIRW 016916-17 | JDIRW 017856 |
| IRW 287937 | JDIRW 016948-49 | JDIRW 017857 |
| IRW 287948-49 | JDIRW 016950-51 | JDIRW 017858 |
| IRW 288019-58 | JDIRW 016954 | JDIRW 017859 |
| IRW 296604 | JDIRW 016957-58 | JDIRW 017860 |
| IRW 296605 | JDIRW 016959 | JDIRW 017895-911 |
| | JDIRW 016963-71 | JDIRW 017912 |
| JDIRW 000615-19 | JDIRW 016978 | JDIRW 017914-16 |
| JDIRW 001319-21 | JDIRW 017015-17 | JDIRW 017919 |
| JDIRW 001322 | JDIRW 017037 | JDIRW 017920-36 |
| JDIRW 001329-30 | JDIRW 017070-78 | JDIRW 017942 |
| JDIRW 001348 | JDIRW 017084-85 | JDIRW 017944-47 |
| JDIRW 001783-84 | JDIRW 017086 | JDIRW 018244-45 |
| JDIRW 001854 | JDIRW 017087-89 | JDIRW 019219-20 |
| JDIRW 001905-06 | JDIRW 017094-95 | JDIRW 019276-80 |
| JDIRW 002034-35 | JDIRW 017096-99 | JDIRW 019519-21 |
| JDIRW 002116 | JDIRW 017110-12 | JDIRW 125965 |
| JDIRW 002217 | JDIRW 017120-21 | JDIRW 139104-26 |
| JDIRW 002727-41 | JDIRW 017127 | JDIRW 139238-41 |
| JDIRW 013405-06 | JDIRW 017128-32 | JDIRW 139243-45 |
| JDIRW 013408-09 | JDIRW 017143 | JDIRW 139246-48 |
| JDIRW 014130 | JDIRW 017159-61 | JDIRW 139305-06 |
| JDIRW 014184-85 | JDIRW 017169-76 | JDIRW 139331-32 |

JDIRW 139333-35
JDIRW 139365-75
JDIRW 166980-7045
JDIRW 169800-02
JDIRW 171209-10
JDIRW 171881-98
JDIRW 171767
JDIRW 166980-7045
JDIRW 223914-19

VL 0183-84
VL 0713-14
VL 1666-67
VL 1668
VL 1669
VL 1670
VL 1671
VL 1694
VL 1697
VL 1701
VL 1708
VL 1713-14
VL 1728-29
VL 1735
VL 1745-46
VL 1761-62
VL 1767-68
VL 1771
VL 1775
VL 1779