UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRWIN SEATING COMPANY,

        Plaintiff,        File No. 1:04-CV-568

v.

INTERNATIONAL BUSINESS
MACHINES CORP., *et al.*,

        Defendants.

## NOTICE OF APPEAL

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: Please take notice that Plaintiff Irwin Seating Company hereby appeals to the United States Circuit Court of Appeals for the Sixth Circuit from the Judgment entered in this Court on August 15, 2007 (Doc. No. 342), granting summary judgment on defendants motions (Doc. Nos. 231, 232, 234 and 236).

Dated: September 11, 2007

        Respectfully submitted,

        Joseph Goldberg
        John W. Boyd
        Michael L. Goldberg
        Dana K. Grubesic
        FREEDMAN BOYD DANIELS HOLLANDER
        & GOLDBERG, P.A.
        20 First Plaza, Suite 700
        Albuquerque, NM 87102
        Telephone:    505-842-9960
        Facsimile:     505-842-0761

        Donald L. Perelman
        Paul Costa
        FINE, KAPLAN & BLACK
        1835 Market Street, 28th Floor
        Philadelphia, PA 19103
        Telephone: 215-567-6565
        Facsimile: 215-568-5872

        Daniel D. Gustafson
        Jason Kilene
        GUSTAFSON GLUEK PLLC
        725 Northstar East
        608 Second Avenue South
        Minneapolis, MN 55402
        Telephone: 612-333-8844
        Facsimile: 612-339-6622

        Aaron M. Phelps (P64790)
        Kaplin S. Jones (P36208)
        VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
        Bridgewater Place, PO Box 352
        Grand Rapids, MI, 49501-0352
        Telephone: 616-336-6000
        Facsimile: 616-336-7000

        **Attorneys for Plaintiff Irwin Seating Company**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of September, 2007, a true and correct copy of Plaintiff's Notice of Appeal was served via the Court's ECF System upon the following counsel of record:

| | |
|---|---|
| Todd C. Jacobs<br>Grippo & Elden LLC<br>111 South Wacker Drive<br>Chicago, IL 60606<br>tjacobs@grippoelden.com<br><br>Stephen J. Rosenfeld<br>Natalie A. Harris<br>Kristin L. Lingren<br>Mandell Menkes LLC | 333 W. Wacker Drive, Suite 300<br>Chicago, IL 60606<br>srosenfeld@mandellmenkes.com<br>sscheuing@mandellmenkes.com<br>nharris@mms-law.net<br>klingren@mandellmenkes.com |

Earle I. Erman
Erman, Teicher, Miller, Zucker
 & Freedman, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
eerman@ermanteicher.com

Charles E. Chamberlain, Jr.
Willey, Chamberlain & Yates LLP
940 Trust Building
40 Pearl Street, N.W., Suite 940
Grand Rapids, MI 49503-3032
cec@willeychamberlain.com

Dated: September 11, 2007

_____
Michael L. Goldberg