UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRWIN SEATING COMPANY,

    Plaintiff,

v.

File No. 1:04-CV-568

HON. ROBERT HOLMES BELL

INTERNATIONAL BUSINESS
MACHINES CORP., et al.,

    Defendants.
                              /

## ORDER TAXING COSTS

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant International Business Machines Corporation's motion for taxation of costs (Dkt. No. 344) is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that **COSTS ARE TAXED** in favor of Defendant International Business Machines Corp. and against Plaintiff Irwin Seating Company in the amount of **$50,302.60**.

**IT IS FURTHER ORDERED** that Defendant J.D. Edwards World Solutions Company's motion for taxation of costs (Dkt. No. 348) is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that **COSTS ARE TAXED** in favor of Defendant J.D. Edwards World Solutions Company and against Plaintiff Irwin Seating Company in the amount of **$32,304.81**.


Date:   April 24, 2008             /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE